FILED

2019 AUG 14 PM 1:15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JOSEPH MICHAEL DUBRAVAC,<br><br>       Defendant. | CR No. SACR19-145 DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(5)(B),<br>(b)(2): Possession of Child<br>Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 10, 2018, in Orange County, within the Central District of California, defendant JOSEPH MICAHEL DUBRAVAC knowingly possessed a black, external Seagate 3 TB hard drive, bearing serial number NA7ETY1P, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign

commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 10, 2018, in Orange County, within the Central District of California, defendant JOSEPH MICAHEL DUBRAVAC knowingly possessed a Hitachi 2 TB hard disc drive, bearing serial number FA0427DD, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

## COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 10, 2018, in Orange County, within the Central District of California, defendant JOSEPH MICAHEL DUBRAVAC knowingly possessed a Hitachi 2 TB hard disc drive, bearing serial number YFGEH8WB, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

DANIEL S. LIM
Assistant United States Attorney
Santa Ana Branch Office

4